## Ballariel *v.* Hoagerhyde, Appellant.

Argued November 10, 1971. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, and CERCONE, JJ. (SPAULDING, J., absent).

*Cosmos J. Reale,* for appellant.

*Jon L. Friedman,* with him *Friedman, Friedman and Weisman,* for appellee.

OPINION BY HOFFMAN, J., March 24, 1972:

This appeal presents the same question which was decided by our Court in *Szarmack v. Welch,* 220 Pa. Superior Ct. 407, 289 A. 2d 149 (1972). For the reasons given in *Szarmack,* we hold that Pennsylvania Rule of Civil Procedure 4007(a) requires the disclosure of the existence and policy limits of liability insurance coverage.

The order of the court below is affirmed.